UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 3 2014
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| AMANDA STEWART and JANINE HOLLON,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD LIDSTER and CONTRANS FLATBED GROUP GP, INC.,<br><br>Defendants. | Case No.<br><br>1:14-cv-1443 TWP-TAB |

## DEFENDANTS', RICHARD LIDSTER AND CONTRANS FLATBED GROUP GP, INC.'S, NOTICE OF REMOVAL OF CAUSE REGARDING DIVERSITY JURISDICTION

NOW COMES the DEFENDANTS, RICHARD LIDSTER AND CONTRANS FLATBED GROUP GP, INC., pursuant to 28 U.S.C. § 1446 and the Local Rules of the United States District Court for the Southern District of Indiana, notifies this Honorable Court that the above-entitled cause has been removed from the Superior/Circuit Court of Delaware County, Indiana, to the United States District Court for the Southern District of Indiana, Indianapolis Division, and in support of said notice, states as follows:

### BACKGROUND

The Summons and Complaint in this civil action filed on or about July 17, 2014 in the Superior/Circuit Court of Delaware County, Indiana, captioned *Amanda Stewart and Janine Hollon v. Richard Lidster and Contrans Flatbed Group GP, Inc.*, Case No. 18C01 1407 CT 30, was served on August 6, 2014 on Defendant Contrans Flatbed Group GP, Inc. and Defendant Richard Lidster. In compliance with 28 U.S.C. §1446(b), Defendants file this Notice of Removal with this Court within thirty (30) days after receipt of a copy of the initial pleading setting forth

the claim for relief upon which this action or proceeding is based and within thirty (30) days after service of Summons and Complaint on the first served and only defendants to this matter. (Copies of the Summons and Complaint served upon Defendants are included in the State Court Record attached hereto as **Exhibit 1**.) Lidster and Contrans Flatbed Group GP, Inc. are the only defendants in this matter and no consent to removal is required. No other pleadings have been received by Defendants at the time of filing this notice of removal.

Plaintiffs, Amanda Stewart and Janine Hollon, ("Plaintiffs") Complaint sets forth claims for negligence, respondeat superior, and negligent hiring/retention arising out of a motor vehicle accident and seeks damages, including punitive, for medical expenses, mental pain and suffering, and property damage in amount of more than $75,000.00. (Ex. 1). Defendants' deny Plaintiffs are entitled to any of the relief sought in their Complaint.

## GROUNDS FOR REMOVAL

A.   **Diversity Jurisdiction, 28 U.S.C. § 1332**

This action may be removed to this Court by Defendants pursuant to the provisions of Title 28 of the United States Code, Section 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, as set forth more fully below.

   *1.   Diversity of Citizenship*

Defendants are informed and believe and on that basis allege Plaintiff Amanda Stewart is, and at all relevant times was, a citizen of the State of Kentucky. Plaintiff Amanda Stewart was a resident of the City of Jackson, County of Breathitt, State of Kentucky.

- 2 -

1744266v.1

Defendants are informed and believe and on basis allege Plaintiff Janine Hollon is, and at all relevant times was, a citizen of the State of Indiana. Plaintiff Janine Hollon was a resident of the City of Muncie, County of Delaware, State of Indiana.

Defendant CONTRANS FLATBED GROUP GP, INC. was at the time of the filing of this action, and still is, a citizen of Canada. It is incorporated in Canada and its principal place of business is in the City of Hagersville, Province of Ontario, Canada, as that is where its corporate headquarters are located and where its activities are directed, controlled and coordinated. *Hertz Corp. v. Friend*, 599 U.S. ___, 130 S.Ct. 1181 (Feb. 23, 2010); *Wachovia Bank v. Schmidt*, 126 S. Ct. 941, 946 (2006) (Corporation is deemed "citizen" for §1332 purposes only where its state of incorporation and state where its principal place of business are located.); *Cincinnati Ins. Co. v. Eastern Atlantic Ins. Co.*, 260 F.3d 742, 747 (7th Cir. 2001). At no time relevant to Plaintiff's Complaint has CONTRANS FLATBED GROUP GP, INC. had a principal place of business in Indiana, nor was it incorporated in Indiana.

Defendant RICHARD LIDSTER is a citizen of Canada as at all times relevant to this action he has resided in the City of Campbellford, Province of Ontario, Country of Canada.

2. *Jurisdictional Amount*

Plaintiffs' Complaint alleges claims for negligence and requests damages for medical expenses, mental anguish, pain and suffering, and property damage. (Ex. 1, Complaint at ¶¶ 8, 9, 11). To the best of Defendants knowledge and belief, the damages sought in this action are in excess of $75,000.00, exclusive of costs and interest.

Accordingly, the total comprised alleged damages sought by Plaintiffs in this matter well exceed the jurisdictional minimum of $75,000.00. Because the jurisdictional minimum is satisfied and the parties are of diverse citizenship, the Court has jurisdiction of this action under

1744266v.1

28 U.S.C. §1332. Defendants are, therefore, entitled to remove this action to this Court pursuant to 28 U.S.C. §§1332 and 1441.

## CONCLUSION

Defendants have complied with the procedural requirements of 28 U.S.C. §1446 and the Federal Rules of Civil Procedure that govern removal from state court. This Court has original jurisdiction over this matter because the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00.

Notice of the filing for removal will be promptly given to the Superior/Circuit Court of Delaware County, Indiana. Additionally, the original date for Defendants' responsive pleading was August 25, 2014; however, Defendants' requested and received an extension of time to answer or otherwise plead until September 26, 2014. (Ex. 1, p. 13-16). Defendants intend to file their answer or responsive pleading within that same time period before this Court.

WHEREFORE, DEFENDANTS, RICHARD LIDSTER AND CONTRANS FLATBED GROUP GP, INC., respectfully notify that this cause has been removed from the Superior/Circuit Court of Delaware County, Indiana to the United States District Court for the Southern District of Indiana, Indianapolis Division, pursuant to the provisions of 28 U.S.C. §1446 and the Local Rules of the United States District Court for the Southern District of Indiana.

9-2-14
Date

By: _____

Respectfully submitted:

Allison M. Burns, 25088-45
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
55 West Monroe Street-Suite 3800
Chicago, IL  60603

1744266v.1

T: (312) 704-0550  
F: (312) 704-1522  
Email: Allison.Burns@wilsonelser.com  
*Attorney for the Defendants*, RICHARD LIDSTER and CONTRANS FLATBED GROUP GP, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served on the attorney of record at his respective business addresses indicated below:

Michael Phelps  
Ken Nunn Law Office  
104 South Franklin Road  
Bloomington, IN 47404  
T: (812) 332-9451  
F: (812) 331-5321  
***Counsel for Plaintiffs***

via ☐ hand delivery, ☐ facsimile, ☐ overnight-next day delivery, and/or ☑ depositing same in the US Mail at 55 West Monroe Street, Chicago, Illinois 60603, with proper postage prepaid, at or before the hour of 5:00 p.m., on this **2ⁿᵈ** day of **September, 2014**.

By: _____

- 5 -

1744266v.1