# EXHIBIT 1

CIRCUIT COURTS FOR THE COUNTY OF DELAWARE
STATE OF INDIANA
P.O BOX 1089
MUNCIE, INDIANA 47308

Amanda Stewart and Janine Hollon

Plaintiff(s)

VS                                    No    18C01 1407 CT   30

Richard Lidster and Contrans Flatbed Group GP, Inc

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: Contrans Flatbed Group GP, Inc., c/o Evilsizor Transportation Services, Christina Petri, Express Process Service, Inc., 8250 East Washington Street, Indianapolis, IN 46219

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. Such Answer Must Be Made In Court.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: JUL 2 4 2014

_____
CLERK, DELAWARE CIRCUIT COURTS

MICHAEL W. PHELPS, #20646-89
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON IN 47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____ 2014

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk

☒ By certified or registered mail with return receipt to above address

☐ By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein

☐ By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode

☐ By serving his agent as provided by rule statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: _____
ATTORNEY FOR PLAINTIFF

FILED
CLERKS OFFICE
DELAWARE CO INDIANA

JUL 17 2014

_____
CLERK

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2014 I mailed a copy of this summons and a copy of the complaint to each of the defendant's by registered or certified mail requesting a return receipt signed by the addressee only addressed to each of said defendant(s) at the address as furnished by plaintiff.

Dated this __ day of _____, 2014

_____
CLERK DELAWARE CIRCUIT COURTS

RETURN OF SERVICE OF SUMMONS BY MAIL: I hereby certify that service of summons with return receipt requested was mailed on the __ day of __ ____, 2014 and that a copy of the return of receipt was received by me on the __ day of _____, 2014 which copy is attached herewith.

_____
CLERK DELAWARE CIRCUIT COURTS

CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL: I hereby certify that on the __ day of _____, 2014 I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail and the same was returned without acceptance this __ day of _____, 2014 and I did deliver said summons and a copy of the complaint to the Sheriff of Delaware County, Indiana.

Dated this __ day of _____, 2014

_____
CLERK DELAWARE CIRCUIT COURTS

RETURN OF SUMMONS: This summons came to hand on the __ day of _____, 2014 and I served the same on the __ day of ____, 2014

1. By mailing a copy of the summons and complaint personally to _____ address _____
2. By delivering a copy of summons and complaint personally to _____
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant: _____ (Name of Person) and by mailing by first class mail a copy of the summons or the __ day of _____ 2014 to _____ his last known address
4. By serving his agent as provided by rule, statute or valid agreement to-wit: _____
5. Defendant cannot be found in my bailiwick and summons was not served

And I now return this writ this __ day of _____, 2014

_____
SHERIFF or DEPUTY

RETURN ON SERVICE OF SUMMONS: I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2014 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____
2. By leaving on the __ day of _____, 2014 for each of the within named defendant(s) _____ a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served
3. _____ and by mailing a copy of the summons without the complaint to _ _____ at _____ the last known address of defendant(s)

All done in Delaware County, Indiana

Fees $_____

_____
SHERIFF or DEPUTY

STATE OF INDIANA     )
                     ) SS:
COUNTY OF DELAWARE)

IN THE DELAWARE CIRCUIT COURT

CAUSE NO. 18C01 1407 CT 30

AMANDA STEWART
and JANINE HOLLON

VS

RICHARD LIDSTER and
CONTRANS FLATBED GROUP GP, INC.

FILED
CLERKS OFFICE
DELAWARE CO. INDIANA

JUL 17 2014

CLERK

## COMPLAINT FOR DAMAGES

Come now the Plaintiffs, Amanda Stewart and Janine Hollon, by counsel, Michael W. Phelps of the Ken Nunn Law Office, and for their cause of action against the Defendants, Richard Lidster and Contrans Flatbed Group GP, Inc., allege and state as follows:

## STATEMENT AND JURISDICTION

1.  This is a clear liability collision in which Defendants' 2012 International Pro tractor and attached trailer, was negligently driven by Richard Lidster causing a collision with the vehicle driven by Plaintiff, Amanda Stewart, and in which the plaintiff, Janine Hollon, was a passenger. As a result of the collision, Plaintiffs have incurred medical expenses, property damage and other special expenses in an amount to be proven at trial of this cause.

2.  Jurisdiction and venue are appropriate in Delaware County, Indiana, as said collision occurred within the boundaries of Delaware County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF TRUCK DRIVER

3.  Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4.  On or about May 7, 2014 Defendant Richard Lidster negligently drove a tractor-trailer striking the vehicle driven by Plaintiff, Amanda Stewart, and in which the plaintiff, Janine Hollon, was a passenger.

5.  Defendant Richard Lidster had a duty to operate his tractor trailer in a safe and reasonable manner.

6. Defendant Richard Lidster failed in the above mentioned duties and is therefore negligent

7. Defendant Richard Lidster's negligence was the direct and proximate cause of Plaintiffs injuries

8. Plaintiffs Amanda Stewart and Janine Hollon's injuries and damages are permanent

9. Plaintiffs Amanda Stewart and Janine Hollon have incurred medical bills for the treatment of their injuries directly resulting from this collision

11. As a direct and proximate result of Richard Lidster's negligence, Amanda Stewart and Janine Hollon have experienced physical and mental pain and suffering, property damage and have lost the ability to perform usual activities, resulting in a diminished quality of life

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF TRUCK DRIVER

12. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 11 above as if fully restated verbatim

13. Richard Lidster violated state and federal statutes and regulations including but not limited to I.C. 8-2 1-24-18

14. Defendant Richard Lidster's statutory violations directly and proximately caused Plaintiffs' damages and injuries

15. Defendant Richard Lidster is negligent per se based on these statutory and regulatory violations

## THIRD CAUSE OF ACTION

### CLAIM FOR PUNITIVE DAMAGE AGAINST TRUCK DRIVER

16. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 15 above as if fully restated verbatim

17. Defendant Richard Lidster's actions demonstrate a conscious disregard for the rights and safety of Plaintiffs and the rest of the public. Plaintiffs demand punitive damages against Defendant, Richard Lidster

## FOURTH CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF TRUCK COMPANY

18. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 17 above as if fully restated verbatim.

19. Defendant Richard Lidster was the employee, agent, servant, or independent contractor for Contrans Flatbed Group GP, Inc. Accordingly, Contrans Flatbed Group GP, Inc. is vicariously liable for the acts of Defendant Richard Lidster for the causes of action above.

## FIFTH CAUSE OF ACTION

### NEGLIGENCE OF TRUCK COMPANY

20. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 19 above as if fully restated verbatim.

21. Defendant Contrans Flatbed Group GP, Inc. had a duty to act reasonably in training and supervising truck drivers and to promulgate and enforce rules and regulations to ensure its drivers and vehicles were reasonably safe.

22. Defendant Contrans Flatbed Group GP, Inc. failed in the above-mentioned duties and was therefore negligent.

23. Defendant Richard Lidster's negligence was the direct and proximately cause of Plaintiffs' injuries.

## SIXTH CAUSE OF ACTION

### NEGLIGENCE PER SE OF TRUCK COMPANY

24. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 23 above as if fully restated verbatim.

25. Defendant Contrans Flatbed Group GP, Inc. violated state and federal statutes and regulations, including but not limited to I.C. 8-2 1-24-18.

26. Contrans Flatbed Group GP, Inc.'s statutory violations directly and proximately caused Plaintiffs' damages and injuries.

27. Contrans Flatbed Group GP, Inc. is negligent per se based on these statutory and regulatory violations.

## SEVENTH CAUSE OF ACTION

### NEGLIGENT HIRING AND RETENTION OF TRUCK COMPANY

28. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 27 above as if fully restated verbatim

29. Defendant Contrans Flatbed Group GP, Inc failed to take reasonable care in hiring and/or retaining Richard Lidster, exposing Amanda Stewart, Janine Hollon and the rest of the general public to an unreasonable risk of injury and damages.

## EIGHTH CAUSE OF ACTION

### CLAIM FOR PUNITIVE DAMAGES AGAINST TRUCK COMPANY

30 Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 29 above as if fully restated verbatim

31 Defendant Contrans Flatbed Group GP, Inc.'s actions demonstrate a conscious disregard for the rights and safety of Amanda Stewart, Janine Hollon, and the rest of the public Plaintiffs demand punitive damages against Contrans Flatbed Group GP, Inc

KEN NUNN LAW OFFICE

BY: /s/ Michael W. Phelps
MICHAEL W. PHELPS, #20646-89
ATTORNEY FOR PLAINTIFF

Michael W. Phelps, #20646-89
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone: 812-332-9451
Fax Number: 812-331-5321
Attorney for Plaintiff

CIRCUIT COURTS FOR THE COUNTY OF DELAWARE
STATE OF INDIANA
P. C BOX 1089
MUNCIE INDIANA 47308

Amanda Stewart and Janine Holton

Plaintiff(s)

VS                                          No    18C01 1407 CT  3 0

Richard Lidster and Contrans Flatbed Group GP, Inc

Defendant(s)

SUMMONS

The State of Indiana to Defendant: Richard Lidster, c/o Evilsizor Transportation Services, Christine Petri, Express Process Service, Inc., 8250 East Washington Street, Indianapolis, IN 46219

You have been sued by the person(s) named "plaintiff" in the court stated above

The nature of the suit against you is stated in the complaint which is attached to this document It also states the demand which the plaintiff has made and wants from you

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail Such Answer Must Be Made In Court.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer

Date: JUL 2 4 2014                    _____
                                      CLERK, DELAWARE CIRCUIT COURTS

MICHAEL W PHELPS, #20646-89
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404
TELEPHONE: (812)332-9451

ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____ 2014

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk

☒ By certified or registered mail with return receipt to above address

☐ By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein

☐ By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode

☐ By serving his agent as provided by rule statute or valid agreement to-wit:

KEN NUNN LAW OFFICE

BY: _____
ATTORNEY FOR PLAINTIFF

FILED
CLERKS OFFICE
DELAWARE CO. INDIANA

JUL 1 7 2014

_____
CLERK

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2014, I mailed a copy of this summons and a copy of the complaint to each of the defendants by registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendants at the addresses furnished by plaintiff.

Dated this __ day of _____, 2014.

_____
CLERK DELAWARE CIRCUIT COURTS

RETURN OF SERVICE OF SUMMONS BY MAIL: I hereby certify that service of summons with return receipt requested was mailed on the __ day of ___ _____ of ___ and that a copy of the return of receipt was received by me on the __ day of _____, 2014, which copy is attached herewith.

_____
CLERK DELAWARE CIRCUIT COURTS

CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL: I hereby certify that on the __ day of _____, 2014, I mailed a copy of the summons and a copy of the complaint to the defendants(s) by registered or certified mail and the same was returned without acceptance this __ day of _____, 2014, and I did deliver said summons and a copy of the complaint to the Sheriff of Delaware County, Indiana.

Dated this __ day of _____, 2014

_____
CLERK DELAWARE CIRCUIT COURTS

RETURN OF SUMMONS: This summons came to hand on the __ day of _____, 2014 and I served the same on the __ day of _____, 2014

1. By mailing a copy of the summons and complaint personally to _____ address _____
2. By delivering a copy of summons and complaint personally to _____
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant _____ (Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2014 to _____ his last known address
4. By serving his agent as provided by rule, statute or valid agreement to-wit _____
5. Defendant cannot be found in my bailiwick and summons was not served

And I now return this writ this __ day of _____, 2014

_____
SHERIFF or DEPUTY

RETURN ON SERVICE OF SUMMONS: I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2014 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____
2. By leaving on the __ day of _____, 2014 for each of the within named defendant(s) _____ a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served _____ and by mailing a copy of the summons without the complaint to _____ the last known address of defendant(s)
3. _____ at _____

All done in Delaware County, Indiana

Fees $_____

_____
SHERIFF or DEPUTY

STATE OF INDIANA      )
                      ) SS:
COUNTY OF DELAWARE )

IN THE DELAWARE CIRCUIT COURT

CAUSE NO. 18C01 1407 CT 30

AMANDA STEWART
and JANINE HOLLON

vs.

RICHARD LIDSTER and
CONTRANS FLATBED GROUP GP, INC.

FILED
CLERKS OFFICE
DELAWARE CO INDIANA

JUL 17 2014

CLERK

## COMPLAINT FOR DAMAGES

Come now the Plaintiffs, Amanda Stewart and Janine Hollon, by counsel, Michael W. Phelps of the Ken Nunn Law Office, and for their cause of action against the Defendants, Richard Lidster and Contrans Flatbed Group GP, Inc., allege and state as follows:

### STATEMENT AND JURISDICTION

1. This is a clear liability collision in which Defendants' 2012 International Pro tractor and attached trailer, was negligently driven by Richard Lidster causing a collision with the vehicle driven by Plaintiff, Amanda Stewart, and in which the plaintiff, Janine Hollon, was a passenger. As a result of the collision, Plaintiffs have incurred medical expenses, property damage and other special expenses in an amount to be proven at trial of this cause.

2. Jurisdiction and venue are appropriate in Delaware County, Indiana, as said collision occurred within the boundaries of Delaware County, State of Indiana.

### FIRST CAUSE OF ACTION

NEGLIGENCE OF TRUCK DRIVER

3. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4. On or about May 7, 2014 Defendant Richard Lidster negligently drove a tractor-trailer striking the vehicle driven by Plaintiff, Amanda Stewart, and in which the plaintiff, Janine Hollon, was a passenger.

5. Defendant Richard Lidster had a duty to operate his tractor trailer in a safe and reasonable manner.

6. Defendant Richard Lidster failed in the above mentioned duties and is therefore negligent.

7. Defendant Richard Lidster's negligence was the direct and proximate cause of Plaintiffs injuries.

8. Plaintiffs Amanda Stewart and Janine Hollon's injuries and damages are permanent

9. Plaintiffs Amanda Stewart and Janine Hollon have incurred medical bills for the treatment of their injuries directly resulting from this collision.

11. As a direct and proximate result of Richard Lidster's negligence, Amanda Stewart and Janine Hollon have experienced physical and mental pain and suffering, property damage and have lost the ability to perform usual activities, resulting in a diminished quality of life

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF TRUCK DRIVER

12. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13. Richard Lidster violated state and federal statutes and regulations including but not limited to I C 8-2.1-24-18.

14 Defendant Richard Lidster's statutory violations directly and proximately caused Plaintiffs' damages and injuries

15. Defendant Richard Lidster is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

### CLAIM FOR PUNITIVE DAMAGE AGAINST TRUCK DRIVER

16 Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 15 above as if fully restated verbatim

17. Defendant Richard Lidster's actions demonstrate a conscious disregard for the rights and safety of Plaintiffs and the rest of the public  Plaintiffs demand punitive damages against Defendant, Richard Lidster.

## FOURTH CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF TRUCK COMPANY

18.   Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 17 above as if fully restated verbatim

19.   Defendant Richard Lidster was the employee, agent, servant, or independent contractor for Contrans Flatbed Group GP, Inc  Accordingly, Contrans Flatbed Group GP, Inc. is vicariously liable for the acts of Defendant Richard Lidster for the causes of action above

## FIFTH CAUSE OF ACTION

### NEGLIGENCE OF TRUCK COMPANY

20.   Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 19 above as if fully restated verbatim

21.   Defendant Contrans Flatbed Group GP, Inc. had a duty to act reasonably in training and supervising truck drivers and to promulgate and enforce rules and regulations to ensure its drivers and vehicles were reasonably safe.

22.   Defendant Contrans Flatbed Group GP, Inc failed in the above-mentioned duties and was therefore negligent.

23.   Defendant Richard Lidster's negligence was the direct and proximately cause of Plaintiffs' injuries.

## SIXTH CAUSE OF ACTION

### NEGLIGENCE PER SE OF TRUCK COMPANY

24.   Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 23 above as if fully restated verbatim.

25.   Defendant Contrans Flatbed Group GP, Inc. violated state and federal statutes and regulations, including but not limited to I.C. 8-2 1-24-18.

26.   Contrans Flatbed Group GP, Inc.'s statutory violations directly and proximately caused Plaintiffs' damages and injuries.

27.   Contrans Flatbed Group GP, Inc. is negligent per se based on these statutory and regulatory violations.

## SEVENTH CAUSE OF ACTION

### NEGLIGENT HIRING AND RETENTION OF TRUCK COMPANY

28. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 27 above as if fully restated verbatim.

29. Defendant Contrans Flatbed Group GP, Inc. failed to take reasonable care in hiring and/or retaining Richard Lidster, exposing Amanda Stewart, Janine Hollon and the rest of the general public to an unreasonable risk of injury and damages.

## EIGHTH CAUSE OF ACTION

### CLAIM FOR PUNITIVE DAMAGES AGAINST TRUCK COMPANY

30. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 29 above as if fully restated verbatim.

31. Defendant Contrans Flatbed Group GP, Inc.'s actions demonstrate a conscious disregard for the rights and safety of Amanda Stewart, Janine Hollon, and the rest of the public. Plaintiffs demand punitive damages against Contrans Flatbed Group GP, Inc.

KEN NUNN LAW OFFICE

BY: _____
MICHAEL W PHELPS, #20646-89
ATTORNEY FOR PLAINTIFF

Michael W Phelps, #20646-89
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone: 812-332-9451
Fax Number: 812-331-5321
Attorney for Plaintiff

| | |
|---|---|
| STATE OF INDIANA    )<br>                    ) SS:<br>COUNTY OF DELAWARE ) | IN THE DELAWARE CIRCUIT COURT |
| AMANDA STEWART and<br>JANINE HOLLON,<br><br>        Plaintiffs,<br><br>   v.<br><br>RICHARD LIDSTER and CONTRANS<br>FLATBED GROUP GP, INC.,<br><br>        Defendants. | CAUSE NO.: 18C01 1407 CT 30<br><br>**<u>JURY TRIAL REQUESTED</u>** |

<u>ORDER ON DEFENDANT, CONTRANS FLATBED GROUP GP, INC.'S,
MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT PURSUANT TO TR 6(B)(1)</u>

This matter is before the Court on Defendant, CONTRANS FLATBED GROUP GP, INC.'S, Motion for Enlargement of Time in which to file a Response to Plaintiffs' Complaint pursuant to TR6(B)(1), and the Court being duly advised in the premises, now finds:

IT IS HEREBY ORDERED that Defendant, CONTRANS FLATBED GROUP GP, INC.'S, Motion for Enlargement of Time in which to file a Response to Plaintiffs' Complaint pursuant to TR6(B)(1) is GRANTED and Defendant, CONTRANS FLATBED GROUP GP, INC., response to Plaintiffs' Complaint is due on or before September 26, 2014.

DATED this 15TH day of August, 2014.

_____
Judge, Circuit Court of Delaware

1742180v.1

*Distribution:*

| | |
|---|---|
| Michael Phelps<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN 47404<br>T: (812) 332-9451<br>F: (812) 331-5321<br>***Counsel for Plaintiffs*** | Allison M. Burns, 25088-45<br>WILSON, ELSER, MOSKOWITZ,<br>  EDELMAN & DICKER LLP<br>55 West Monroe Street-Suite 3800<br>Chicago, IL 60603<br>T: (312) 704-0550<br>F: (312) 704-1522<br>Email: Allison.Burns@wilsonelser.com<br>***Counsel for Defendants*** |

1742180v.1

**Burns, Allison**

| | |
|---|---|
| **From:** | Delaware County [delawarenotify@co.delaware.in.us] |
| **Sent:** | Thursday, August 21, 2014 6:31 PM |
| **To:** | Burns, Allison |
| **Subject:** | Cause Number 18C01-1407-CT-0030 |

```
Thu Aug 21 2014 19:30:52                                              Page 1
                            CIVIL NOTICE
                     DELAWARE CIRCUIT COURT NO. 1
                     DELAWARE COUNTY JUSTICE CENTER
                         100 W. WASHINGTON STREET
                             MUNCIE IN 47305
     AMANDA STEWRT V RICHARD LIDSTER ET AL
     18C01-1407-CT-0030
-----------------------------------------------------------------------


    TO: ALLISON M BURNS
        55 WEST MONROE STREET
        38TH FLOOR
        CHICAGO IL 60603



-----------------------------------------------------------------------
            ATTORNEYS                        PARTIES
-----------------------------------------------------------------------
                                      PLAINTIFF(S)
    20646-89   MICHAEL PHELPS            AMANDA STEWART
    20646-89   MICHAEL PHELPS            JANINE HOLLON

                                      DEFENDANT(S)
    25088-45   ALLISON BURNS             RICHARD LIDSTER
    25088-45   ALLISON BURNS             CONTRANS FLATBED GROUP GP INC
-----------------------------------------------------------------------


   08/21/2014

   8/18/14:  Appearance Form of Allison M. Burns filed on behalf of Defendant,
   Richard Lidster.    sh


   08/21/2014

   8/18/14:  Motion for Enlargement of Time to respond to Plaintiffs'
   Complaint, by Defendant, Richard Lidster, by counsel, filed.    sh


   08/21/2014

                                    1
```

Order on Defendant, Richard Lidster's, Motion for Enlargement of Time to Respond to Plaintiffs' Complaint Pursuant to TR6(B)(1) signed and filed. Said Defendant Granted until September 26, 2014, to respond to same. Copies issued.    sh